**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**


**VICKIE HOLLY**                                           **CASE NO.  2:19-CV-01035**

**VERSUS**                                                      **JUDGE JAMES D. CAIN, JR.**

**BOYD GAMING CORP., ET AL.**                **MAGISTRATE JUDGE KAY**


**JUDGMENT**

For the reasons stated in the Report and Recommendation [doc. 12] of the

Magistrate Judge previously filed herein, upon a determination that the findings are correct

under applicable law, and noting the lack of objections to the Report and Recommendation

in the record;

**IT IS ORDERED** that the Motion to Remand [doc. 9] be **GRANTED** and that this

matter be remanded to the Fourteenth Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 10th day of January, 2020.


_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**